# Exhibit 3

**Sharecare, Inc. Loss Chart**
**Class Period: May 10, 2023 through March 28, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $0.76 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Victor Buqueras | 5/30/2023 | 3 | ($1.415) | ($4.25) | | | | | | | | | |
| | 5/30/2023 | 1 | ($1.415) | ($1.42) | | | | | | | | | |
| | 5/30/2023 | 1 | ($1.415) | ($1.42) | | | | | | | | | |
| | 7/26/2023 | 405 | ($1.35) | ($546.75) | | | | | | | | | |
| | 8/24/2023 | 200 | ($0.9134) | ($182.68) | | | | | | | | | |
| | 8/24/2023 | 80 | ($0.9133) | ($73.06) | | | | | | | | | |
| | 8/24/2023 | 900 | ($0.9133) | ($821.97) | | | | | | | | | |
| | 11/22/2023 | 30 | ($0.9400) | ($28.20) | | | | | | | | | |
| | 11/22/2023 | 35 | ($0.9374) | ($32.81) | | | | | | | | | |
| | 11/22/2023 | 35 | ($0.9374) | ($32.81) | | | | | | | | | |
| | 11/22/2023 | 100 | ($0.9366) | ($93.66) | | | | | | | | | |
| | 11/22/2023 | 78 | ($0.9400) | ($73.32) | | | | | | | | | |
| | 1/9/2024 | 100 | ($1.060) | ($106.00) | | | | | | | | | |
| | 1/9/2024 | 100 | ($1.055) | ($105.50) | | | | | | | | | |
| | 1/9/2024 | 150 | ($1.055) | ($158.25) | | | | | | | | | |
| | 1/9/2024 | 100 | ($1.055) | ($105.50) | | | | | | | | | |
| | 1/9/2024 | 100 | ($1.055) | ($105.50) | | | | | | | | | |
| | 1/9/2024 | 100 | ($1.055) | ($105.50) | | | | | | | | | |
| | 1/9/2024 | 100 | ($1.055) | ($105.50) | | | | | | | | | |
| | 1/9/2024 | 500 | ($1.045) | ($522.50) | | | | | | | | | |
| | 1/16/2024 | 200 | ($0.9609) | ($192.18) | | | | | | | | | |
| | 1/16/2024 | 100 | ($0.9609) | ($96.09) | | | | | | | | | |
| | 3/7/2024 | 200 | ($0.9439) | ($188.78) | | | | | | | | | |
| | 3/7/2024 | 300 | ($0.9402) | ($282.06) | | | | | | | | | |
| | 3/7/2024 | 160 | ($0.9434) | ($150.94) | | | | | | | | | |
| | 3/12/2024 | 584 | ($0.9267) | ($541.19) | | | | | | | | | |
| | 3/25/2024 | 100 | ($0.8968) | ($89.68) | | | | | | | | | |
| | 3/25/2024 | 1,100 | ($0.8967) | ($986.37) | | | | | | | | | |
| | 3/28/2024 | 700 | ($0.7651) | ($535.57) | | | | | | | | | |
| | 3/28/2024 | 650 | ($0.8177) | ($531.51) | | | | | | | | | |
| | | 7212 | | ($6,800.96) | | | | | 7212 | $5,502.76 | ($1,298.20) | | |