LAURENCE M. ROSEN (SBN 219683)
 *lrosen@rosenlegal.com*
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
Fax: (213) 226-4684

*Counsel for Plaintiff*

LISA R. BUGNI (SBN 323962)
 *lbugni@kslaw.com*
**KING & SPALDING LLP**
50 California St., Suite 3300
San Francisco, CA 94111
Tel: (415) 318 1200
Fax: (415) 318 1300

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BUQUERAS, Individually and on behalf of all other similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SHARECARE, INC., JEFFREY T. ARNOLD, and JUSTIN FERRERO,<br><br>        Defendants. | Case No. 2:24-cv-03225-ODW-PD<br><br>**STIPULATION REGARDING TRANSFER TO U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA** |

STIPULATION REGARDING TRANSFER TO N.D. GA.
CASE NO. 2:24-cv-03225-ODW-PD

WHEREAS, on April 19, 2024, Plaintiff Victor Buqueras ("Plaintiff") commenced the above-captioned action ("Action") against Defendants Sharecare, Inc. ("Sharecare"), Jeffrey T. Arnold, and Justin Ferrero (collectively, "Defendants");

WHEREAS, Defendants submit that the more appropriate venue for this Action is the U.S. District Court for the Northern District of Georgia ("N.D. Ga."), which is the district where Sharecare is headquartered and potential witnesses are located; and

WHEREAS, Defendants have requested Plaintiff's consent to transferring this Action to the N.D. Ga. pursuant to 28 U.S.C. § 1404(a), and Plaintiff has consented to such transfer;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, that this Action shall be transferred to the N.D. Ga. pursuant to 28 U.S.C. § 1404(a).

Dated: June 24, 2024

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*

By:      Laurence M. Rosen (SBN 219683)

Counsel for Plaintiff

**KING & SPALDING LLP**

BY:      */s/ Lisa R. Bugni*

Lisa R. Bugni (SBN 323962)

Counsel for Defendants