LAURENCE M. ROSEN (SBN 219683)
  *lrosen@rosenlegal.com*
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (213) 785-2610
Fax: (213) 226-4684

*Counsel for Plaintiff*

LISA R. BUGNI (SBN 323962)
  *lbugni@kslaw.com*
**KING & SPALDING LLP**
50 California St., Suite 3300
San Francisco, CA 94111
Tel: (415) 318 1200
Fax: (415) 318 1300

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BUQUERAS, Individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SHARECARE, INC., JEFFREY T. ARNOLD, and JUSTIN FERRERO, <br><br> Defendants. | Case No. 2:24-cv-03225-ODW-PD <br><br> **[PROPOSED] ORDER REGARDING TRANSFER TO U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA** |

Having read and considered the stipulation filed by Plaintiff Victor Buqueras ("Plaintiff") and Defendants Sharecare, Inc., Jeffrey T. Arnold, and Justin Ferrero (collectively, "Defendants"), the Court hereby rules that the-above captioned action is transferred to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a).

Dated:  _____

_____
THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE