ACCO,(PDx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:24–cv–03225–ODW–PD

| | |
|---|---|
| Victor Buqueras v. Sharecare, Inc. et al | Date Filed: 04/19/2024 |
| Assigned to: Judge Otis D. Wright, II | Date Terminated: 06/24/2024 |
| Referred to: Magistrate Judge Patricia Donahue | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Victor Buqueras**
*Individually and on behalf of all others*
*similarly situated*

represented by **Laurence M. Rosen**
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
213–785–2610
Fax: 213–226–4684
Email: lrosen@rosenlegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sharecare, Inc.**

represented by **Lisa R Bugni**
King and Spalding LLP
633 West 5th Street Suite 1600
Los Angeles, CA 90071
213–443–4349
Fax: 213–443–4310
Email: lbugni@kslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey T. Arnold**

represented by **Lisa R Bugni**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Justin Ferrero**

represented by **Lisa R Bugni**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2024 | Ï 1 | COMPLAINT Receipt No: ACACDC–37315672 – Fee: $405, filed by Plaintiff Victor Buqueras. (Attachments: # 1 Exhibit PSLRA Certification) (Attorney Laurence M. Rosen added to party Victor Buqueras(pty:pla))(Rosen, Laurence) (Entered: 04/19/2024) |

| 04/19/2024 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff Victor Buqueras. (Rosen, Laurence) (Entered: 04/19/2024) |
|---|---|---|
| 04/19/2024 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Victor Buqueras. (Rosen, Laurence) (Entered: 04/19/2024) |
| 04/19/2024 | Ï 4 | Certification and Notice of Interested Parties of Interested Parties filed by Plaintiff Victor Buqueras, (Rosen, Laurence) (Entered: 04/19/2024) |
| 04/23/2024 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Otis D. Wright, II and Magistrate Judge Patricia Donahue. (car) (Entered: 04/23/2024) |
| 04/23/2024 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (car) (Entered: 04/23/2024) |
| 04/23/2024 | Ï 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 04/23/2024) |
| 04/23/2024 | Ï 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Jeffrey T. Arnold, Justin Ferrero, Sharecare, Inc.. (car) (Entered: 04/23/2024) |
| 04/24/2024 | Ï 9 | MINUTE ORDER IN CHAMBERS by Judge Otis D Wright, II: This action has been assigned to the calendar of Judge Otis D. Wright II. EFFECTIVE IMMEDIATELY– No mandatory chambers copies required, EXCEPT FOR Motions for summary judgment and any other evidence–heavy motions. The Court's Electronic Document Submission System (EDSS) allows people without lawyers who have pending cases in the United States District Court for the Central District of California to submitdocuments electronically to the Clerk's Office The parties may consent to proceed before a Magistrate Judge appearing on the voluntary consent list. PLEASE refer to Local Rule 79–5 for the submission of CIVIL ONLY SEALED DOCUMENTS. CRIMINAL SEALED DOCUMENTS will remain the same. Please refer to Court's Website and Judge's procedures for information as applicable. (lc) (Entered: 04/24/2024) |
| 05/21/2024 | Ï 10 | STIPULATION for Extension of Time to File Answer to 60 Days After Amended Complaint Is Filed filed by Defendants Jeffrey T. Arnold, Justin Ferrero, Sharecare, Inc.. (Attachments: # 1 Proposed Order)(Attorney Lisa R Bugni added to party Jeffrey T. Arnold(pty:dft), Attorney Lisa R Bugni added to party Justin Ferrero(pty:dft), Attorney Lisa R Bugni added to party Sharecare, Inc. (pty:dft))(Bugni, Lisa) (Entered: 05/21/2024) |
| 05/22/2024 | Ï 11 | ORDER DENYING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT RE STIPULATION 10 by Judge Otis D. Wright, II. (lc) (Entered: 05/22/2024) |
| 06/18/2024 | Ï 12 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by Movant Victor Buqueras. Motion set for hearing on 7/15/2024 at 01:30 PM before Judge Otis D. Wright II. (Attachments: # 1 Proposed Order) (Rosen, Laurence) (Entered: 06/18/2024) |
| 06/18/2024 | Ï 13 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 12 filed by Plaintiff Victor Buqueras. (Rosen, Laurence) (Entered: 06/18/2024) |
| 06/18/2024 | Ï 14 | DECLARATION of Laurence M. Rosen in support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 12 filed by Plaintiff Victor Buqueras. (Attachments: # 1 Exhibit 1. PSLRA Notice, # 2 Exhibit 2. PSLRA Certification, # 3 Exhibit 3. Loss Chart, # 4 Exhibit 4. Rosen Law Firm Resume)(Rosen, Laurence) (Entered: 06/18/2024) |
| 06/24/2024 | Ï 15 | STIPULATION to Transfer Case to Northern District of Georgia filed by Defendants Jeffrey T. Arnold, Justin Ferrero, Sharecare, Inc.. (Attachments: # 1 Proposed Order)(Bugni, Lisa) (Entered: 06/24/2024) |

| 06/24/2024 | 16 | MINUTES (IN CHAMBERS) by Judge Otis D. Wright, II: The Court is in receipt of the parties' Stipulation Regarding Transfer to United States District Court for the Northern District of Georgia 15 . Having read and considered the stipulation, and good cause appearing, the Court hereby ORDERS that this case is transferred to the United States District Court for the Northern District of Georgia, 75 Ted Turner Drive, S.W., Atlanta, GA 30303, pursuant to 28 U.S.C. § 1404(a). Furthermore, the Court DENIES AS MOOT Plaintiffs Motion for Appointment of Counsel and Appointment of Lead Plaintiff 12 ), WITH LEAVE to refile the motion within thirty (30) days of the transferee court receiving the case. (Made JS–6. Case Terminated.) Electronically sent to USDC Northern District of Georgia on 6/24/2024. (lc) Modified on 6/24/2024 (lc). (Entered: 06/24/2024) |