IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICTOR BUQUERAS, et al.,        :

                      :

                      :

    Plaintiffs,           :

                      :

v.                      :      CIVIL ACTION NO.

                      :      1:24-cv-02769-LMM

SHARECARE, INC., et al.,     :

                      :

    Defendants.        :

## **ORDER**

This case comes before the Court on Defendants' motion to dismiss for failure to state a claim. Dkt. No. [35]. Review of the filings reveals that Defendants did not comply with the provision of the Court's Local Rules that requires parties to individually label all electronically uploaded files according to their content. "For example, documents should be uploaded as Ex. A: Smith Deposition, Ex. B: Employment Contract, and Ex. C: Jones Letter, instead of Ex. A, Ex. B, and Ex. C." LR, NDGa, App. H, Ex. A, § II.A.9. Here, each exhibit is labeled only as a lettered exhibit. It is therefore difficult to cross-reference the arguments with the exhibits they rely upon.

Accordingly, it is hereby **ORDERED** that Defendants **SHALL** refile the exhibits so that the docket entries comply with the Local Rules and correspond to

2

the documents' content.[1] The relabeled exhibits **SHALL** be filed within **SEVEN DAYS** of the entry of this Order. Late or noncompliant filings may result in sanctions, which may include the disregard of evidence. Plaintiffs' time for filing a response to the motion to dismiss shall be counted from the date Defendants file the properly labeled exhibits.

      **IT IS SO ORDERED** this 2nd day of December, 2024.

_____
**Leigh Martin May**
**United States District Judge**

---

[1]    Defendants need not refile the motion itself.