**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| VICTOR BUQUERAS and JOHN DEMER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHARECARE, INC., JEFFREY T. ARNOLD, and JUSTIN FERRERO,<br><br>Defendants. | CIVIL ACTION:    1:24-CV-2769-LMM |

**DEFENDANTS' NOTICE OF RE-FILING EXHIBITS TO THEIR
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to the Court's Order (ECF 36), Defendants Sharecare, Inc., Jeffrey T. Arnold, and Justin Ferraro (collectively, "Defendants") hereby give notice of their re-filing of Exhibits A through O to their Motion to Dismiss Plaintiffs' Amended Complaint. In addition to re-filing the exhibits with descriptive names per the Court's instruction, Defendants are including an index of the Exhibits for the Court's convenience.

Dated: December 2, 2024

/s/ *Jessica P. Corley*
Jessica P. Corley
Ga. Bar No. 572733
B. Warren Pope
Ga. Bar No. 583723
Brandon R. Keel
Ga. Bar No. 300303

**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: 404-572-4600
Facsimile: 404-572-5100
jpcorley@kslaw.com
wpope@kslaw.com
bkeel@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of December, 2024, a copy of the foregoing was filed and served using the Court's CM/ECF system, which will send notification of such filing to ECF registered participants.

*/s/ Jessica P. Corley*
Jessica P. Corley
Ga. Bar No. 572733

*Counsel for Defendants*