*Buqueras et al v. Sharecare, Inc. et al*, **1:24-cv-02769-LMM (N.D. Ga.)**

## INDEX OF MOTION TO DISMISS EXHIBITS

| Ex. | Document | Date |
|-----|----------|------|
| A | Excerpted Form 10-K (2021) | 03/31/2022 |
| B | Excerpted Form 10-K (2022) | 03/31/2023 |
| C | Q2 2022 Earnings Call Transcript | 08/10/2022 |
| D | Excerpted Form 10-K (2023) | 03/29/2024 |
| E | Q4 2023 Earnings Call Transcript | 03/28/2024 |
| F | Chart of Alleged False and Misleading Statements Contained in Plaintiffs' Amended Complaint | N/A |
| G | Q4 2022 Earnings Call Transcript | 03/29/2023 |
| H | Q3 2023 Earnings Call Transcript | 11/09/2023 |
| I | Q3 2022 Form 10-Q | 11/10/2022 |
| J | Q1 2023 Form 10-Q | 05/10/2023 |
| K | Q2 2023 Form 10-Q | 08/09/2023 |
| L | Q3 2023 Form 10-Q | 11/09/2023 |
| M | Price of Sharecare Stock (SHCR) from March 1, 2024 through June 28, 2024 | N/A |
| N | Q2 2023 Earnings Call Transcript | 08/09/2023 |
| O | Morgan Stanley Global Healthcare Conference Presentation Transcript | 09/13/2023 |