# Exhibit C

Q2 2022 Earnings Call Transcript

**S&P Global**
Market Intelligence

# Sharecare, Inc. NasdaqGS:SHCR
# FQ2 2022 Earnings Call Transcripts

## Wednesday, August 10, 2022 12:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ2 2022- | | | -FQ3 2022- | -FY 2022- | -FY 2023- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.06) | (0.08) | NM | (0.03) | (0.21) | (0.04) |
| Revenue (mm) | 102.93 | 103.82 | ▲0.86 | 120.13 | 472.88 | 557.60 |

Currency: USD
Consensus as of  Aug-09-2022 11:20 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS (GAAP) - | | | |
|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE |
| FQ3 2021 | (0.03) | (0.13) | NM |
| FQ4 2021 | (0.01) | 0.02 | NM |
| FQ1 2022 | (0.03) | (0.11) | NM |
| FQ2 2022 | (0.06) | (0.08) | NM |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ....................................................................................... | **3** |
| **Presentation** | ....................................................................................... | **4** |
| **Question and Answer** | ....................................................................................... | **7** |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Evan Smith**
*Senior Vice President of Finance &
Investor Relations*

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

**Justin L. Ferrero**
*President & CFO*

**ANALYSTS**

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

**Cynthia Michelle Avella Motz**
*Goldman Sachs Group, Inc.,
Research Division*

**David Michael Larsen**
*BTIG, LLC, Research Division*

**Eric R. Percher**
*Nephron Research LLC*

**Richard Collamer Close**
*Canaccord Genuity Corp.,
Research Division*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Sharecare Second Quarter 2022 Earnings call. [Operator Instructions]. I would now like to turn the conference over to Evan Smith, Senior Vice President of Finance and Investor Relations. Please go ahead.

**Evan Smith**
*Senior Vice President of Finance & Investor Relations*

Good morning, and welcome to Sharecare's Second Quarter Fiscal 2022 Earnings Conference Call Webcast. [Operator Instructions] Leading today's call are Mr. Jeff Arnold, Chairman and CEO; and Mr. Justin Ferrero, President and Chief Financial Officer. Today's call is being recorded and an archive of the recording will be available later today on the Investor Relations section of our website. Before we begin, we would like to remind you that certain statements made during this call will be forward-looking statements within the meaning of the safe harbor provision of the Private Securities Litigation Reform Act of 1995, which includes statements regarding potential strategic reviews and our guidance.

These forward-looking statements are subject to various risks and uncertainties and reflect our current expectations based on our beliefs, assumptions, and information currently available to us. Although we believe these expectations are reasonable, we undertake no obligation to revise any statement to reflect changes that will occur after this call. Descriptions of some of the factors that could cause actual results to differ materially from these forward-looking statements are discussed in more detail in our filings with the SEC, including the Risk Factors section of our Form 10-K for the year ended December 31, 2021. In addition, please note that the company will be discussing certain non-GAAP financial measures that we believe are important in evaluating performance. Details on the relationship between these non-GAAP measures to the most comparable GAAP measures and reconciliation of historical non-GAAP financial measures can be found in the press release that is posted on the company's website. I would now like to hand the conference call over to Mr. Jeff Arnold. Jeff, please go ahead.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Thank you, Evan. Thank you all for joining us this morning. Our second quarter results reflect the continued execution of our strategy with growth across 3 channels. We delivered revenue and adjusted EBITDA above our guidance ranges, which reflects strong recurring revenue, as well as benefiting from upselling and cross-selling within and across channels. We are continuing to see both RFP and pipeline build sequentially, as well as year-over-year, supporting our continued growth in 2023 and into 2024.

Our expanded sales team is delivering higher productivity, driving new direct opportunities, while also seeing growth from both our channel partners and brokers. I will also reiterate from our last call, we continue to have strong client retention and have limited client concentration and have a highly diversified business across all 3 channels. Additionally, we announced today that we have signed a memorandum of understanding for a multiyear strategic partnership with Carillon, the health care service subsidiary of Elevance Health to integrate Sharecare's process capabilities into Carillon's health guide services that currently support hundreds of thousands of members, which will help drive additional and significant scale of our solution.

While our 2023 is shaping up to be a strong year, the second half of 2022 is experiencing softness due to the timing of the start date of the Carillon partnership, which was originally planned to start in the third quarter. Justin will provide more detail about this in a moment. While we strongly believe in the long-term strategy for our business and the underlying value of the combined solutions across our 3 channels for our customers and consumers, we have initiated a strategic review of alternatives that have been presented to us from our non-enterprise segments. The Board and management believe that this review, coupled with an ongoing focus on accelerating our strategy and cost initiatives will create enhanced value for all stakeholders, including our customers, consumers, employees, and investors.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now let me move on to the second quarter performance. In the second quarter, we delivered revenue of $103.8 million, 5% ahead of the prior year and positive adjusted EBITDA of $2.1 million, while continuing to invest in sales and marketing to support accelerated growth into 2023. With $211 million in cash on our balance sheet to support growth, no debts, and positive trends across all 3 channels, we remain in a strong position to execute on both our organic and inorganic growth objectives.

In Enterprise, we are seeing continued momentum, both in the size and number of new pipeline opportunities from 2023 and continued strength in RFP activity. Our digital-first approach offerings, seamless and data-driven experiences resonating with existing and potential new customers. Customers are increasingly looking for a platform solution that can drive consumer activation, engagement and satisfaction by simplifying the patient journey to not only identify gaps in care, but also to deliver the comprehensive solutions to address gap closures, including improved wellness and preventative screenings, disease management with access to digital therapeutics, as well as integrated access to virtual primary care and tech-enabled home care. In addition, as our customers continue to look for ways to address the rising cost of health care, while increasing their commitment to their members, our employees, our digital-first platform can help them lower their cost of administration while enhancing the experience and outcomes for their respective populations.

We have over 11 million eligible lives on the platform with additional growth expected as we launch the Sharecare Plus later this year. In addition, with our multiyear strategic partnership with Carillon, we will be able to add to the scale and revenue already in place for Sharecare Plus for 2023 to our current contracts and robust pipeline. We continue to see positive trends from our home health business CareLink, which is delivering strong performance ahead of our initial expectations by expanding within its customer base, as well as further diversifying its business with new payer wins and the expansion into the employer market.

Let me give you a quick example of the benefit CareLink delivers. Working with an ACO of a leading hospital system, CareLink has rolled out a transitional care program focused on patients discharged from a hospital or SNF within 7 days. The program provided in-home support, including managing the first visit and an average of 4 in-home visits for assistance with daily activities and ADLs, as well as transportation to and from medical visits. It delivered a 19% reduction in readmissions for this transitional care program after 2 years. The data is very impressive and highlights the success of our program to reduce avoidable and costly readmissions. In summary, because of our new wins, strategic partnerships and continued innovation, we remain confident for increased momentum in enterprise in fiscal 2023.

In Providers, we continue to see strong growth in our record retrieval business, with June being a record month driven by increased penetration of existing clients, the addition of new client sites, as well as continued strength in audit volumes for risk adjustment and HEDIS as we expand our presence with payers. Adding hundreds of new sites in the quarter, we remain on track to achieve our 6 million medical records retrieved target for the year. We also continue to build momentum in our record retrieval pipeline with positive underlying growth trends, including a solid increase in the average deal size and a more than 20% sequential increase in the number of opportunities. As we expand our direct and partner-driven marketing activities and across an increased number of use cases we discussed last quarter, underlying demand for the business remains strong. To further strengthen the business, and as I mentioned earlier in my remarks, we continue to implement cost initiatives to improve margins.

In Life Sciences, we continue to grow with our top 20 pharma clients and brands, as well as signed new opportunities for our digital patient engagement solutions for leading pharmaceutical brands. We continue to build new pipeline opportunities and maintain solid client retention. We now anticipate lower growth in the second half of the year. A significant slowdown in pharma DTC marketing spend has created a headwind for our growth rate, which is being driven by individual brand dynamics, including patent expiration and launch timing, as well as macroeconomic factors. That said, we remain confident that the strength of our content, first person data, and our personalized omnichannel approach continues to drive program execution and competitive advantage.

We have had several strategic decisions in fiscal 2022 to streamline and advance new solutions like Sharecare Plus and believe these decisions have strengthened our platform and deepened our relationship with strategic partners, which will enable us to drive more sustainable, profitable growth as we move into

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

2023 and forward. In 2022, we have already seen the benefits of our efforts with increased momentum in our pipeline at 4 to 5x where it was in the prior year, with new commitments in place for 2023. Our focus remains on selling larger engagements, creating more opportunities for cross-selling, and continuing to invest to deliver more value and product innovation to support our clients. Now, let me turn the call over to Justin, who will review our financial results for the quarter and the fiscal year and share our financial outlook and assumptions for the remainder of fiscal 2022.

**Justin L. Ferrero**
*President & CFO*

Thanks, Jeff, and thanks to everyone on the call for your interest in Sharecare. As Jeff indicated, we delivered strong results for the second quarter of 2022 for both revenue and adjusted EBITDA. I will walk you through the second quarter results and then discuss our revised outlook and specific cost actions we are taking to enhance our performance. Our second quarter revenue grew 5% to $103.8 million from $98.5 million a year ago, exceeding our guidance. Growth in the quarter was positively impacted by year-over-year increases in eligible lives on the platform and an increased number of records retrieved. Year-over-year growth was impacted by our previously disclosed decision to sunset certain businesses, which resulted in a revenue reduction of approximately $11 million over the prior year period.

Adjusted EBITDA for the quarter was $2.1 million from $6.6 million for the prior year, exceeding our guidance. Adjusted EBITDA was driven by incremental public company expenses and increased investments in sales force expansion to support growth. We expect these investments to support our long-term growth as we gain greater traction for the Sharecare digital platform, expand our record retrieval business, and execute in our life sciences channel with existing and new customers. We remain in a strong financial position, ending the quarter with $211 million in cash on our balance sheet and continue to progress towards becoming cash flow breakeven by year-end.

As Jeff mentioned, while we continue to have a significant build in our pipeline and RFP activity for 2023 starts, macroeconomic conditions impacting our life sciences channel as well as the timing of the large contract start date with Carillon, a subsidiary of Elevance Health, have impacted our outlook for the second half of the year. Due to the uncertainty and timing, we are withdrawing our previously issued guidance and will no longer be providing financial guidance for fiscal 2022. While these factors make it difficult to provide guidance in the interim, let me provide some color.

With respect to the large payer advocacy contract, we are in the process of finalizing the implementation time line of the Carillon agreement. Our focus is on a long-term partnership, which has taken additional time to bring to completion. In our Life Sciences channel, while our underlying business continues to perform, a significant slowdown year-over-year and DTC spending by the pharma industry has caused greater uncertainty in our forecast for the remainder of the year. Note, a recent IQVIA study indicated DTC spending by top pharmaceutical companies was down about 32% from the first half of 2021 compared to the first half of 2022.

As such, with 35% of our channel revenue historically being generated in the fourth quarter, we remain cautious on the level of campaign extensions for the remainder of the year, and in the provider segment, while year-to-date, we have continued to see strong performance in our record retrieval business, we are currently seeing the slower rollout of certain payment integrity contracts. With respect to cost initiatives, these include the streamlining of corporate functions, a reduction in our real estate footprint, optimization of our provider record retrieval business through automating and offshoring certain functions, as well as other initiatives to improve our operations and drive performance as we move into 2023. In closing, we believe the momentum and opportunities for 2023, supported by a strong balance sheet, will enable us to drive new opportunities for growth with existing and new customers, while enhancing our long-term financial performance. With that, we will move to Q&A.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions]. Our first question comes from Craig Hettenbach with Morgan Stanley.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Outside of the timing issue with Carillon, can you just talk about enterprise more broadly, given some of the macro headwinds, what you are seeing from a sales cycle perspective and any sensitivity to price on the enterprise side?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

I think we feel good about the pipeline that we are building. I mean I think the sales cycles don't feel like they are changing. I mean it is still a long sales cycle. But our pipeline is robust. Our RFPs are way ahead of last year. This Carillon partnership is a massive one for us, and we are kind of still staying within that range based on client size -- on the PMPM. We have not seen a lot of headwinds there yet. We have kind of set price and we have been kind of holding to it. But yes, we feel good about the game price business. We think if you think about how we're selling, we've got our current sales force, which continues to grow. We have got the national accounts team at Anthem that is opening up opportunities for us. We have now added Carillon, so their book of business and hopefully, the ability to grow that, and the sales cycle remains the same, and we have not felt the price pressure.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it, and if I could just follow up relative to some of the other headwinds you're seeing. CareLink looks to be kind of a bright spot here. Can you just talk a little bit more in terms of since you have purchased that business, just some of the momentum you are seeing and how you are thinking about that business as you head into next year?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. So, it will exceed our revenue expectations for the year. We have secured more business from our largest payer client for next year within that business, and we have won our first Blues plan for next year, for that business, and our sales force is now trained on it, and so, it used to just be the CareLink team that brought their historical business, but our salespeople are actively out selling that right now. And then in addition to that, we are adding new capabilities, so, we try to kind of go more up the clinical ladder, and I mentioned a little bit about that on the work that we did with one particular ACO a minute ago in the script. So happy clients, growing clients, bigger sales force, and new capabilities.

**Operator**

Our next question comes from David Larsen with BTIG.

**David Michael Larsen**
*BTIG, LLC, Research Division*

With respect to the Enterprise division and the sort of previously expected onboarding of lives in the back half of '22, is Elevance and Carillon, is that delay sort of the only change relative to your previous thinking, or were there also other clients that you were going to onboard that have also delayed? Or is there an elongation sort of across the board?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks David. No, we signed this MOU several months ago with Carillon and have just been working through the transitional services. There are hundreds of people that are involved with this. It is going to be our largest contract ever and the date has slipped. So, we are confident it will hit this year. It will be full year next year, but it is a large contract that' has moved on us, but the other implementations are happening on schedule.

**Justin L. Ferrero**
*President & CFO*

Okay. So, it's only the Carillon and Elevance contract that has pushed. It is probably going to deploy in the back half of '22, certainly in '23, and quite frankly, it is so big and so large and so important, that's what's leading to the delay. It is not like there is a cancellation of the contract.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

No. It's only the contract negotiation. The contract is only longer now than it was in the beginning. It is just a lot of work. Like they have got hundreds of health guides that will be transitioning into our partnership, and there is a lot of detail in the implementation work, but all the work is being done around that transitional services and implementation work.

**Evan Smith**
*Senior Vice President of Finance & Investor Relations*

Okay. And when I listen to Elevance's earnings call this quarter, they talked a lot about their digital health strategy. They talked a lot about value-based care, and it sounds to me like Sharecare is a key integral part of that, and if anything, it is such a large deployment that is maybe what is leading to some delay here. It is not headwinds or a potential recession that Elevance is facing, it is simply the size of the implementation.

**Justin L. Ferrero**
*President & CFO*

David, thanks for the question. This is Justin. We do not see this as a systemic issue. This is a timing issue around this relationship, and there is uncertainty as to exactly when that will come in, but we are highly confident that, that relationship will come to fruition this year.

**David Michael Larsen**
*BTIG, LLC, Research Division*

Okay. That is great. And then the PMPM range had been like in the $2 range, but I think with the advocacy solution and the Sharecare Plus solution, it is in like the $6-plus range. Is that what we're talking about with this kind of deal? And can you just remind me what are the incremental services that you provide in Sharecare Plus relative to like the legacy solution?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. So that is correct on the pricing. And then if you think about our platform, think of it as wellness, think about it as digital therapeutics and think about it as navigation and care management. So, adding the navigation, the care management is what's driving up the $2 PMPM. And then we're maintaining the upsell opportunity of CareLink.

**Operator**

Our next question comes from Eric Percher with Nephron Research.

**Eric R. Percher**
*Nephron Research LLC*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I wanted to focus on the strategic alternatives for provider and consumer, and I think you made a comment around alternatives presented to you. Are those alternatives presented by the businesses or presented by outside parties? And any thoughts about what strategic alternatives may be attractive to?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. That's a great question. So since last year, since we went public, we have been really trying to focus on how to simplify the story. So, we stopped doing some COVID work, some PCMH work, and we have continued to look at all our assets and think that we are undervalued, and so how do you unlock that value? And we know enterprise is the core business, right? That's the business we have mentioned in the past that we need to win at. And we think some of the partnerships that we created is a great step in that direction, and we also are believers on how the 3 segments fit together.

So, when you think about medical records, the reason we're in that business is, so I could provide my enterprise clients with access to their medical records. There could be an opportunity that we could sell that division and still maintain data rights as an example, and it is growing fast, it is profitable, and we have had conversations with groups about that asset. And similar on the Life Science side, what is really important to us with the Life Science business is access to the content. The same way we need access to the data with medical records, we need access to the content through life sciences, so we have been exploring conversations with third parties are there ways that maybe we could unlock those assets, maintain those rights, and then reinvest those dollars into our core enterprise business.

**Eric R. Percher**
*Nephron Research LLC*

That's interesting. And I know you have not provided the EBITDA contribution for those businesses in the past. I will ask you if you would be willing to. And if not, could you at least provide some commentary on are these major contributors to the acceleration you are expecting for '23? Or is there any impact on cash flow profitability if you were to say goodbye to those businesses?

**Justin L. Ferrero**
*President & CFO*

Well, yes, we do not break it out. So, Eric, thank you for the question, this is Justin. All of these units are profitable. So, on a stand-alone basis, they are profitable. The growth, we have talked about historically has been strong on the Life Sciences, but we're having headwinds this year. So, it would not be one of the divisions that we'd say would be the core driver for next year. Our growth is very strong on the Chart business. It remained strong, but we would have to weigh whether or not selling an asset like that and reinvesting in the enterprise business is ultimately better to drive shareholder value, but the core asset is around our enterprise business, and as you saw, we did not include that as part of one of the areas that we are looking at a strategic review. So, in short, is both of them are profitable, both of them performed well. There has been headwinds on life sciences this year, as we talked about, and the largest growth driver to our business is the enterprise business, and that is not the one that we have taken and counted interest on.

**Operator**

Our next question comes from Richard Close with Canaccord Genuity.

**Richard Collamer Close**
*Canaccord Genuity Corp., Research Division*

Just to dive deeper on the Life Sciences side of things. So, Justin, have you seen cancellations there? Just talk about what is going on here in 2022? What has changed from the first quarter? And then you guys seem pretty positive on the opportunity in Life Sciences in 2023, but I guess my question is how strong is that confidence?

**Justin L. Ferrero**
*President & CFO*

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So, the answer is, we typically never have cancellations and we have had some this year. It is not significant. I will say that -- and I said it in the script, that the campaigns continue to perform. That is where we really excel and drive an ROI for the customer, but there is headwinds, and with that IQVIA side, it is DTC pharma spending is down 30%. And with so much of our business gets booked in the second half, 35% of our full year is in Q4. There are headwinds there, and so, to bracket what those headwinds can be has been a bit challenging. So, hopefully, that answers your question. Yes, there have been cancellations. They are not major, but it is unusual if that does not happen historically. All that said, the campaigns are performing, but it is just a big unknown of how much buyup we are going to have in the back half of the year, and it is a significant portion of the revenue.

**Richard Collamer Close**
*Canaccord Genuity Corp., Research Division*

Okay. And then the confidence with respect to 2023 and then, I mean, you talked pretty favorably on sort of the pipeline for that.

**Justin L. Ferrero**
*President & CFO*

I think that we have a strong conviction in our team that runs that asset, and then we have also been bringing new products to them. So, let me put it this way, there is a 30% decline in the industry, we are not seeing that, and that is in part because of the strength of our team, and so we believe that we will fight through this and this asset will be a revenue grower for us in 2023. We are going to do a business update in Q4, as we talked about in the press release, and we can give more clarity, but we are big believers in that team and the assets that we have built. And we are not taking the same pain that a lot of others are because of that. But I think it is a little too early to give that guidance, but we will give a business update in Q4.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Justin, maybe just to add one thing to that, the brands are staying with us. They are just pulling back some of the dollars, so it is less about the cancellations and it's more about the amount of spend.

**Richard Collamer Close**
*Canaccord Genuity Corp., Research Division*

Okay. That's helpful. And then just maybe on the enterprise side, the comments seemed pretty positive. With that being said, have you seen any degradation at all or purchasing decisions being elongated or anything along that side on the enterprise?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Well, what we have seen is we have made a pretty big pivot into Sharecare Plus. I mean we did not have Sharecare Plus when we went public. So, if you recall, we got Anthem to invest, we took the money and we built Sharecare Plus, which was adding the navigation care management to the platform. We, even with just the demos, we're able to get some significant contract wins. We were able to cut the different relationships that we cut with Anthem, like the national account scheme, and then the one time that we were finding and because accounts were familiar with Sharecare, and knew it was kind of this always was sort of an advocate, but as a digital-first advocate, we just needed a couple more capabilities to complete the solution set.

If anything, they wanted just to see who else are you doing this with, and so that is why we focus so hard on the Carillon piece is that we wanted to show that we could do more business with Elevance. That is one thing that we had heard from investors like Anthem and Elevance, we'll do more business with you. Go beyond [indiscernible] and other things, and being able to partner with them now to kind of unlock hundreds of thousands of their members that they were using for, that they are servicing for advocacy and put that on to Sharecare Plus, gives us a reference account.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so, if anything, what we have just seen in our sales finalist meetings is it is a new offering that Sharecare has not offered before. And so, getting them comfortable that we can execute these new capabilities has been where a lot of the dialogue is going. But just because we have so many more channels of ways to get to clients, we do not feel the softness because we are up so much year-over-year because we were coming from a smaller base. And now, I think it is just a matter of getting the deployments, getting the references, and continuing to win new business.

**Richard Collamer Close**
*Canaccord Genuity Corp., Research Division*

Okay. Can I slip one final one in.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Sure.

**Richard Collamer Close**
*Canaccord Genuity Corp., Research Division*

Yes. So, on suspending the guidance, so it sounds as though you have had some weakness, potential headwinds on the Life Sciences Enterprise, you have this delay a little bit, and then provider seems like it is going okay, but you have some lower audit. Why the decision to suspend all your guidance rather than just make some sort of cut to, right?

**Justin L. Ferrero**
*President & CFO*

Well, so I can start, we can do this together, but it is the breadth of the moving pieces – there are brackets around timing of the Carillon – there are brackets around 35%, sometimes 37% of our business in Life Sciences in Q4 alone. We have inbound interest on the strategic review, and if it was – you are really just one variable around that, I think we would have, and each of those impact not only revenue, but EBITDA, that bracketing all of those together would have created a wide bracket that we do not think it would be helpful to give you any modeling. So that is why we suspended and said that we will give an updated business update when we know that timing comes in, and it is just the timing of the Carillon piece alone it could be tens of millions of dollars. So, that is why it would not have been helpful because we did have to go way low to a much, much higher number and it would not have been helpful.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. Okay. And just one clarification. Our audit business is going really well on provider. I do not know if I heard that was down.

**Justin L. Ferrero**
*President & CFO*

Yes, I think what you are referring to, Richard, was the PI. The audit business is doing great.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

I think to just kind of reiterate what Justin said, it is like we are sitting here now and we have got really strong visibility on 2023. And we have built the product. We, have got the go to market. We are going to have pretty significant scale. I mean, if you think this is going to be hundreds of thousands of Sharecare Plus members in the first year of launch, and as we are sitting here right now in this moment of kind of the back half of '22, we are saying, do I peg that start date? Or do I continue to thoughtfully work through the transition plan? Do I know what is going to happen in our Life Science business? Our leader there has never missed. And so, she's really very good at this, and she's just saying, like this just the brands are still there. They're just pulling back the spend. And I'm not positive what that looks like.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then we're looking at these strategic alternatives that we think are interesting for the reasons we articulated and are not going to take -- by the end of the year, I think we'll have a path to go or no go, if we are going to pursue that or not, and then we have got some other cost optimization things that we are doing with automation and outsourcing there that is a moving data as well. And so, we said, do we give that big range, like Justin said or do we give strong conviction for '23 based on what we just talked about, and then have an Analyst Day in Q4 where we can demo the products and go into more detail for next year. That's the thinking.

**Operator**

The next question comes from Cynthia Avella Motz with Goldman Sachs.

**Cynthia Michelle Avella Motz**
*Goldman Sachs Group, Inc., Research Division*

I know that you do not usually give the segment breakout for EBITDA, but you usually do comment on the revenue. So, I am just curious, like maybe we will see it in the Q as well, but it looks like the enterprise revenue ex CareLink's, maybe CareLink is about $8 million, a little over $50 million, and then maybe the medical records is about $27 million. Consumer, if it was flat with last year, it would be about $18.6 million. Am I correct there or in the ballpark?

**Justin L. Ferrero**
*President & CFO*

Yes, you're in the ballpark. The enterprise business is in the $60 million range. Yes. And then the provider business is between $26 million and $27 million, and then life sciences between $17 million and $18 million.

**Cynthia Michelle Avella Motz**
*Goldman Sachs Group, Inc., Research Division*

Okay. Great. And then just in terms of, I guess the EBITDA, like so to get to the $2.1 million, obviously, we have the nonrecurring cash stuff, some of the, I guess, renegotiations, the severance, about $8.6 million. You had said last quarter too that you expect that to slow down, right, or start to stop in third quarter and fourth quarter? I mean that is the way you would get to, I guess, cash flow breakeven, correct? You still expect that towards the end of the year?

**Justin L. Ferrero**
*President & CFO*

Yes. So, we are still focused on cash flow breakeven. Of that $7 million or so, really half of it is around severance and cost cutting. As part of our plan, our go-forward pan around cost optimization, I think that this line item will continue to remain elevated, and then we will see it start to come down in 2023.

**Cynthia Michelle Avella Motz**
*Goldman Sachs Group, Inc., Research Division*

Okay. So just so I'm clear, though. So, the nonrecurring costs, there is still cash cost though. So, they're still going to happen, like third quarter, I kind of expected. But then in fourth quarter as well, we're going to see some of that.

**Justin L. Ferrero**
*President & CFO*

Yes, I think you'll still see some of that--we're taking a hard look at all aspects. And so, things like the optimization of our record retrievable business, a lot of that might not hit until the fourth quarter. And so that is why you would see elevated there as well.

Again, we're focused on it. So, I think it will remain similar to where we are today, but as we go out into 2023, and we implement these operational efficiency plans, kind of through the best of this year, you could model it that will start to come down.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Cynthia Michelle Avella Motz**
*Goldman Sachs Group, Inc., Research Division*

Okay. And just on the strategic initiatives. So, if you're looking at provider and consumer, it sounds like you are not looking at like maybe an outright sale because you want to keep rights to the data and the content. So, it is more like a licensing sort of arrangement or partnership that you might be looking at. Is that right?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

No. I think it could -- there's a lot of different ways it could go, but you could sell that business and partner with the buyer to have access to the data.

**Cynthia Michelle Avella Motz**
*Goldman Sachs Group, Inc., Research Division*

And if I could just get one more in, on the share buyback, have you made -- can you give us just a comment about what you have bought back, if you bought back any, or how that's going?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

We have not bought back any yet. It is all in place to be executed on, but we have not acted on it yet.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to Jeff Arnold for any closing remarks.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Great. Well, thank you for everybody's time today. I'd like to reiterate what we've discussed, a strong Q2. There are big initiatives underway that can provide positive impact to our enterprise business, anchored by some of the large partnerships that we have been working on with a particular client, but also across our entire book of business, and so, feel good about that. The product is looking amazing. We're going to do an Analyst Day to show it to everyone. You are going to see the commitment from our partners behind it, and 2023 is going to be a great year. I think the strategic review is very timely. Just this idea of like is our business too complicated for investors and the belief that there is a lot of value in our assets that need to be unlocked.

But as I mentioned, to Cindy, is we also believe this is very much on strategy, and so as we look to potentially make moves in that area or evaluate making moves in that area, maintaining data rights and content rights and some business relationship is important to us because we think that really differentiates our offering, the strength of our data, the strength of our content. And I cannot underscore how well provider is doing. And we hired a new COO last year, who's joined us, who has incredible expertise in automation and outsourcing and have put together a really solid plan that we have begun to implement that should drive tremendous EBITDA next year for Sharecare, and we'll start to see some of that even in Q4 of this year, and we appreciate everybody's interest with Sharecare. And as always, if you have any questions or thoughts and we want to reach out, we're available any time. So have a great day, and thanks again.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.