# Exhibit M

Price of Sharecare Stock (SHCR) from March 1, 2024 through June 28, 2024

**Buqueras v. Sharecare: Price of Sharecare Stock (SHCR) from March 1, 2024 through June 28, 2024***



* Price data obtained through FactSet Research Systems, Inc. and reproduced below in relevant part. *See In re Immucor, Inc. Sec. Litig.*, 2011 WL 2619092, at *4 n.1 (N.D. Ga. June 30, 2011) ("The Court may take judicial notice of stock prices on a motion to dismiss a § 10(b) claim.").

| Date | Price |
|---|---|
| 03/01/24 | 0.95 |
| 03/04/24 | 0.97 |
| 03/05/24 | 0.93 |
| 03/06/24 | 0.90 |
| 03/07/24 | 0.94 |
| 03/08/24 | 0.95 |
| 03/11/24 | 0.94 |
| 03/12/24 | 0.95 |
| 03/13/24 | 0.95 |
| 03/14/24 | 0.93 |
| 03/15/24 | 0.98 |
| 03/18/24 | 0.95 |
| 03/19/24 | 0.98 |
| 03/20/24 | 0.98 |
| 03/21/24 | 0.96 |
| 03/22/24 | 0.93 |
| 03/25/24 | 0.90 |
| 03/26/24 | 0.87 |
| 03/27/24 | 0.84 |
| 03/28/24 | 0.77 |
| 04/01/24 | 0.55 |
| 04/02/24 | 0.64 |
| 04/03/24 | 0.66 |
| 04/04/24 | 0.68 |
| 04/05/24 | 0.68 |
| 04/08/24 | 0.80 |
| 04/09/24 | 0.74 |
| 04/10/24 | 0.73 |
| 04/11/24 | 0.78 |
| 04/12/24 | 0.74 |
| 04/15/24 | 0.71 |

| Date | Price |
|---|---|
| 04/16/24 | 0.67 |
| 04/17/24 | 0.66 |
| 04/18/24 | 0.63 |
| 04/19/24 | 0.66 |
| 04/22/24 | 0.70 |
| 04/23/24 | 0.73 |
| 04/24/24 | 0.77 |
| 04/25/24 | 0.74 |
| 04/26/24 | 0.81 |
| 04/29/24 | 0.75 |
| 04/30/24 | 0.72 |
| 05/01/24 | 0.73 |
| 05/02/24 | 0.74 |
| 05/03/24 | 0.74 |
| 05/06/24 | 0.72 |
| 05/07/24 | 0.73 |
| 05/08/24 | 0.69 |
| 05/09/24 | 0.68 |
| 05/10/24 | 0.77 |
| 05/13/24 | 0.71 |
| 05/14/24 | 0.75 |
| 05/15/24 | 0.76 |
| 05/16/24 | 0.78 |
| 05/17/24 | 0.86 |
| 05/20/24 | 0.84 |
| 05/21/24 | 0.85 |
| 05/22/24 | 0.86 |
| 05/23/24 | 0.82 |
| 05/24/24 | 0.82 |
| 05/28/24 | 0.87 |
| 05/29/24 | 0.82 |

| Date | Price |
|---|---|
| 05/30/24 | 0.85 |
| 05/31/24 | 0.81 |
| 06/03/24 | 0.81 |
| 06/04/24 | 0.81 |
| 06/05/24 | 0.84 |
| 06/06/24 | 0.86 |
| 06/07/24 | 0.84 |
| 06/10/24 | 0.86 |
| 06/11/24 | 0.91 |
| 06/12/24 | 0.87 |
| 06/13/24 | 0.80 |
| 06/14/24 | 0.81 |
| 06/17/24 | 0.80 |
| 06/18/24 | 0.80 |
| 06/20/24 | 0.77 |
| 06/21/24 | 1.37 |
| 06/24/24 | 1.37 |
| 06/25/24 | 1.38 |
| 06/26/24 | 1.37 |
| 06/27/24 | 1.38 |
| 06/28/24 | 1.35 |