# Exhibit O

Morgan Stanley Global Healthcare Conference Presentation Transcript

**S&P Global**
Market Intelligence

# Sharecare, Inc. NasdaqGS:SHCR

# Company Conference Presentation

## Wednesday, September 13, 2023 5:55 PM GMT

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

1

# Table of Contents

Call Participants ........................................................................................ 3

Presentation ........................................................................................ 4

Question and Answer ........................................................................................ 6

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

**ANALYSTS**

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Great. Well, good afternoon, everyone. My name is Craig Hettenbach. I cover the digital health space for Morgan Stanley. Very pleased to have with us Sharecare today, Founder and CEO, Jeff Arnold, so welcome.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Thank you.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Before we get started, I do have to read for important disclosures, please see the Morgan Stanley research disclosure website at www.morganstanley.com/researchdisclosures.

So with that, Jeff, I thought we just kind of kicked things off with a brief overview for you in terms of you founding Sharecare, kind of state of the business, and then we can get into it.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. Great. So Craig, as you know, I started WebMD back in the late '90s. So I've been in digital health for some time. And my focus has always been how do you empower people to live their best lives. And when I got back into health care and when we founded Sharecare in 2012, where I saw the opportunity was, what had changed as smartphones have become pervasive. And so potentially everybody was walking around what could be perceived as the greatest healing device that we'd ever seen. And what if we could figure out ways that we could give data ownership back to the person. So instead of the PBM having the data or the EMR having the data, the person would have the data.

And that there was now these new enabling technologies that could connect me as a person to my health plan, to my employer and to my doctor. And so got really inspired by that, and we set off to build Sharecare as not as a point solution. but as a true end-to-end platform. So we raised $0.5 billion privately, a lot of from big strategic partners where we hope to become their digital ally. And then we went public and raised capital as well, made a series of acquisitions in an effort to build that end-to-end platform where we could have an integrated digital front door that would get people highly engaged in their well-being, a full marketplace of digital therapeutics. And so based on data of somebody needed to be less anxious or manage their diabetes or lose weight, we would have evidence-based solutions for that.

And then we connected advocates as we said, people really need to understand how to navigate their benefits and have somebody there that can hold their hand when needed, but also be self-service, similar to how we manage our financial services.

And lastly, in the platform, we needed to be able to have the ability to get to convenient places for the people, especially people that are at risk. And so we invested in tech-enabled home care. We've taken that platform and we've created a pretty powerful go-to-market across 3 segments.

And so the first segment is what we define as enterprise. And so we take that platform and we sell it to large health plans, we sell it to large employers, many self-insured, and we sell to state governments. And we've been able to get nearly 13 million covered members. And so we get paid on a per member per month for nearly 13 million people across those 3 channels.

And then in addition to that, we have a second segment that we label as a provider. And what that business is, is that we have 8,000 clients in which we have connectivity to extract medical records. And this year, we will get paid to extract about 6.5 million medical records. And it's very synergistic because the idea was back to getting people their data is that as we extract those medical records and

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

get paid to do that, because we also deliver that back to our users so they could have all their help in one place. as well as we always saw like amazing cross-selling opportunities. And so for example, in the provider segment, in the last few years, we've been able to cross-sell those capabilities into our health plan relationships that we created in our enterprise segment. And now that represents nearly half of our revenue.

And then lastly, our third channel is what we call Life Sciences. And so the goal there was how could we build at Sharecare a B2B business, so an enterprise B2B business, but sell B2C to the user, feeling that, that was what was needed to get high engagement from people. They sometimes are skeptical about the tools or it's fragmented of what they may be getting from their employer or their health plan. But if we could make that person feel the same way about Sharecare that they feel about Netflix or other consumer applications, then we could build something that would have sustained engagement. And so we've built a pretty sizable business there. We work with 80 different pharmaceutical companies. We've built a 0 party database of over 100 million people. So I think we have e-mails with consent from people for 77 million people.
And we have become experts over the years. I think kind of from my early WebMD days to what the team does now of being able to do precision targeting to get people that have certain medical conditions educated about the latest therapies and options for them to manage that risk. And so those are kind of the 3 business units that we have that fit within this 1 platform under a theme of empowering people to live their best lives.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. That's a great overview and kind of a good segue, the company and the Board initiated a strategic review last year, and the decision was to operate as is. And so would love to get from the outside looking in and what maybe investors don't appreciate in terms of why these businesses make sense to be operated together. If you could just expand on that.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. So very similar to kind of what the mission was of how do you empower people and how do you have these -- this one big platform that's distributed an enterprise to health plans, employers and government and then the health systems through providers and then through pharma to Life Sciences. They work very well together. So one is we collect an enormous amount of data through those 3 channels.

So we're getting self-reported data. So I think we've had 50 million people almost take the RealAge test. And so we're learning in a self-reported way about their lifestyle and medical history. We were very early on in figuring out how to extract data from the phone. We acquired a company in Berlin, some data scientists probably 10 years ago to give us that expertise to extract data from phones with consent.

And then the third area of -- when you talk about the synergy is we collect claims data on 13 million people. And so we are getting the medical claims, the pharmacy claims, the lab claims. I was in a -- I was with an investor yesterday and we were showing -- given a demo. And the person I was with was showing their app and had ordered a prescription and hadn't even picked it up yet that day, and the data was already in the app. And so the data was already there.

In addition to that claims data, we are also very early on in collecting data about the environment. Yesterday, if you're curious, we released our community well-being index report that was picked up by Fortune and a bunch of different publications where we rank well-being based on every ZIP code in America. So we collect data, probably spent $100 million on this over the last decade, understanding physical health, mental health, financial health, et cetera, at every ZIP code. And so we really believe similar to genetics and lifestyle environment really matters. And so we're collecting that data. And lastly, the medical record data that we get through the provider side. So there's a lot of synergy in the data.

On the enterprise side, we think being able to put medical records in the enterprise experience, say, for like a Delta Airline employee that -- there are 80,000 plus that are on Sharecare, if they can now hit a button and access their medical records that really differentiates us from everybody else in the marketplace.

I mentioned the cross-sell opportunity, right? I mean having 8,000 clients, if I was selling bottles of water, that's a lot of clients. And so often in every city, similar here to New York, think about it, you've got Mount Sinai, New York-Presbyterian and others, they're big employers. And so what we're doing really well now is we've incented our sales forces to kind of cross-sell. And so those hospital employees that we're doing business with for other reasons are now becoming enterprise clients.

And then lastly, on the Life Sciences side, why it worked so well together, it really is our street credibility. So when I say like B2B2C, I mean, we have millions of people that follow us on social media. If you took every major health plan and every competitor we have in digital health and you added up all their social followers, they might not equal all that we have.

When I talk about things like having 77 million e-mails, those are people that have opted in, come to Sharecare, answered some questions, opted in, give it us their e-mail address and contact me because we think the value proposition is so strong. You've won hundreds awards for producing high-quality medical content, and we want you to be a source to us and educating us about our conditions.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And when we're able to take that content and deploy it in enterprise, it's what really creates that engaging experience that we think is second to none. And so put all that stuff together and we see sustained growth, and we see a way to differentiate ourselves from everybody else.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. I do want to segue just to the macros and one of the themes across the conference. I mean, as you know, there's no shortage of crosscurrents out there that companies are dealing with. You reported recently a clean report, kind of Slide B, took the low end of the revenue guidance up. That's better than a lot of other companies in the space. So I just wanted to dig into what are you seeing in your business in terms of maybe some of the resiliency that you would call out?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Well, I think we're growing into being a public company, number one. So how to forecast and the things, the fundamentals that you need to get right. And so I contribute some of that to all the great work our finance team and others are doing. And in the spirit of that, I think enterprise is rolling out as expected, right? They just -- they're not -- there haven't been surprises. It's like what we thought was happening -- would happen is happening. That we're implementing to our signed contracts. We're onboarding people. We're administering rewards. We're enrolling people into programs. We're getting them talking to advocate. We're starting to cross-sell our home care services into that. Our work that we've done in advanced analytics has given us not only precision targeting but better clinical outcomes, which has given us lower cost. So I think planning and execution has given us what we expected in enterprise.

On the provider side, it's our best year ever. And as I said, no pun intended because both quarters were records and we obviously extract medical records. And I think what's happening there is scale matters. We're perceived in that space. It's the high-quality provider. We earn new clients every month. We rarely lose clients. And we've been doing this for a long time now, 8 years or so. And so when you start to get up to 8,000 clients, and then you start to see some consolidation within these health systems, we benefit from that because often we have the incumbent and then when they make an acquisition, we pick up that additional business.

And on the Life Science side, there's been a lot written about that. I know we've talked about it in the past. I would say in Life Sciences, we are holding serve, and that is better than most. And I think it's an incredible asset. And as pharma comes back with the momentum of GLPs and some other things, new product launches, we expect to see what we've seen in the past with Life Sciences, which is more growth.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. All right. Just shifting gears to AI. It's all the rage now in the investment community, but I feel like in some respect, you are ahead of the curve in terms of reference the doc.ai acquisition a couple of years ago. So what did you see then in terms of the importance of having technology and capabilities? And importantly, how are you leveraging that in terms of impacting the business?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. That's a great question, and I'd like to answer that in 2 ways. So one is I don't think Sharecare gets credit for how often we're ahead of the curve. So we bought a virtual reality company. I don't know, 5, 6 years ago before Facebook was Meta. We bought a company called MindSciences before GLPs were teaching the world that you need to curb cravings, right?

We bought tech-enabled home care business before Signify sold. And we were in AI before AI was cool. To your point, we bought a company called doc.ai, and we do millions of dollars in revenue today in AI. I'm sure if I was starting the company right now, and I said, here's what we do. Here's our AI capabilities and

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

here's our customers, and here's the revenue we're driving, it would be 4x our market cap right now. Just that one little piece of spoke in the Sharecare wheel.

And then the way that we use AI is and maybe the simplest way I can explain it is I like to think about it as the best next action. And so how do you take AI and think of it as the best next action and all those in our view is ChatGPT. And so like when I described ChatGPT, I said it's like starting at midfield and honestly, what I believe is like starting in the red zone. But I'd say it's like starting at midfield for like the best next action, it really gets the ball rolling.

And the way that we use it at Sharecare is, one is to really try to drive efficiency. And so if I've got a coach or a disease management specialist or a patient center medical home nurse deployed or a caregiver, how do we use the technology to give them insights at the point of care often to make the best next action?

So what should the advocate say to the person on the other end that has a question about their benefits. Or if I have a care provider in the home, how does that potentially tweak the care plan based on the data that we're collecting real-time in the home down to the user experience for the person of like how do I just understand my benefits?

And what's really great about like Sharecare+ is it's the medical benefits, it's the vision benefits, it's the dental benefits and it's cross-carrier, and it's not only for you, it's for you and your whole family. And so best next action. Like that's really what we all want. It's like what should I do to improve my well-being? Do I need to see a specialist? Do I need to go to a generic drug from a branded drug? Do I need to close this particular gap in care? Do I need to earn this incentive?

I mean there are so many things that are happening for yourself and for your family that we need to make it easier for people to understand that best next action and that's how we're using AI across our entire portfolio. And then we're taking those key learnings and we're productizing it and selling it to others.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. Well, it's a great segue into Sharecare+ and I do want to dig into that in terms of the advocacy offering. How is it going versus your initial expectations?

And I also want to touch on having an anchor customer like a Carelon, how important that is to really drive and ultimately scale this business?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. So I'd like to start by saying that it's a really great product. We had an opportunity yesterday with an investor to kind of show them the product. And so what the product does is 2 things. One is it's digital first. So it's completely self-service. And so the goal was when we were creating this with Carelon, was I should be able to get every answer on my own in the platform, just like I do self-service banking. And that would work for me. I mean I rarely interact with my advocates because I understand how the information I'm looking for and how to access it.

But if somebody needs to have their hand held, it should be a blue button in our example, away 24/7. And so you just click this little blue button and then on the other end, shows up your advocate. And the way that we've designed this for our advocates is they almost have like this mission control dashboard, and they have access to all your data, all your programs you're eligible for all the gaps and carriers that need to be closed. And so we've created this really great product. And so that's number one.

What's really good also about that product is it's easy to implement if you're already on Sharecare. And so the way I describe it to clients, I'm like it's like turning on a WiFi. If you've already deployed Sharecare as our digital front door, you literally can just click a switch and in the back end, we can enable advocacy. So there's no new implementation, there's no new onboarding.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Third thing is, is where we've deployed Sharecare+, it's working. I mean, we are closing gaps in care. We are improving member satisfaction. We are helping people earn their incentives and do all the other things that the HR teams want us to get done with their employees.

And then fourth is to answer your question on Carelon, absolutely, that's beneficial to us for many reasons. One is it gave us some scale right out of the gates. So to start with over 0.5 million members just with 1 client, that was a big deal. Second is, it gives us the license to hunt together and I think we complement each other well in the sales room. When you look at kind of our advanced analytics and our strong engagement, some of the things I've been talking about with the relationships that they have and the other bundling opportunities they can create with us, it gives us some really interesting opportunities to win.

And then lastly, if you said, well, what's the gap or the key to your question. I like to really scale this thing out. We have to continue to drive awareness with the brokers. They didn't -- don't all know that Sharecare offers advocacy as an example. And so we're working really hard with all the major firms and all the leading producers across the country to understand what I just talked about, which is this is an unbelievable product that's getting results. And we would love the opportunity to earn a chance to work with you for your clients.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. So you mentioned the [ 0.5 million ] with Carelon. Overall, roughly how big is this business? And how should we think about what's a reasonable growth cadence in the next number of years as you grow the platform?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. So I would think of it as about a $50 million business. I think of adding [ newer ones ]. So basically, that's pretty impressive. Like we weren't in this business a year ago, and we're already at $50 million in revenue. And our goal is like this is a double-digit growth opportunity for us. And so how do we do double-digit growth? Well, we need to land and expand. We have tons of clients on our wellness product, our digital front door. We need to convince them to turn WiFi on, which is our Sharecare+. That's a great way to grow.

Second is like we have to continue to add value to Carelon and help them close deals that we're a part of. And then the third is our sales team needs to win over the brokers. And if we do that, as we continue to get better in RFPs and how to talk about our value proposition and price, I think we're going to continue to win business.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Great. I do want to talk about the margin profile and some of the inflection that you've seen. But maybe just before we get there, closing out Enterprise and Sharecare+, can you just talk about the competitive landscape? There's a number of offerings in the market. I think as you stressed, you're maybe a little bit more technology-focused, user-friendly, but what are some of the things that you think ultimately are going to resonate with your customers out there?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

It's no question if we can do a demo. It's the most powerful sales tool for Sharecare. Like when you see how much interoperability that we have, I mean, just like the thing I was talking about that you -- a person I think picked up the prescription, it's already in the platform. It's that real time.

So I think this ability to create something that feels like it's for a consumer, not for a health plan member is unique to Sharecare. I think our understanding of social determinants of health and even like you guys maybe have seen the Blue Zones' documentary on Netflix. It's like one of the top-performing

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

documentaries right now in Netflix or not even documentary just overall TV show. So we operate the Blue Zones, Sharecare does.

And so we're in 12 cities and over 60 communities around the country where we are the infrastructure of the Blue Zones. And so being able to have -- understand this philosophy of how do you make the healthy choice, the easy choice, and helping our employers understand that, literally, how you even merchandise your cafeteria on site. And obviously, we do a lot of that in the app as well. But that very much differentiates us.

Our community well-being index. I encourage anybody to go download the report and read it, it is super impressive. So when you were able to get to, like, say, a governor and be able to say, hey, in the state of New Jersey, you're #3 in the whole country, and here are the reasons why you rank this for well-being or Georgia, you're #40, and we can reverse engineer this data and show you with the Sharecare platform, how we can improve this and that you should bring this to all your state employees.

And by the way, state employees are the biggest employer often in any state is another great way for us to differentiate the different offering. And then the rest is all about just the blocking and tackling. What are the table stakes we need to have across the board, which I think we have -- were plentiful of. But the way that those things all work together in a way that a person understands the intention of Sharecare and what that next action is, is -- that's our competitive advantage.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. So we will shift to the margin profile. And that's another key debate across this space, right, kind of balance between revenue growth and profitability. You're in the process of taking $30 million in cost out. Can you just talk about that strategy, kind of what's behind it? And importantly, what it's going to translate into the model?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Sure. Well, I think one is we're a technology company first. And so -- and we've grown by acquisition. So we've made acquisitions along the way that were and sometimes had a lot of people. And so we had to tech-enable those businesses. And with tech enabling those businesses we've been able to lower our footprint. So that's one thing.

The second is we made a decision 2 years ago that we were going to bring expertise in the Sharecare that really understood automation, leveraging things like AI and understood global outsourcing. So we've taken over 500 head count out of not client-facing people, but back of the office, important people for us. and we've transitioned that to global outsourcing. And it's been incredible because it's had incredible margin impact. We'll do more. We're on the rates now where we're doing more EBITDA in a month than we were doing an entire quarter in the past.

And we have not suffered any quality issues. Our SLAs are -- have gotten better. Our customer satisfaction has gotten better. And we will hit -- we'll be on that run rate of $30 million this year of cost takeout, and going into next year, and we think there's even more headroom there. There's even more to automate that can even do better than even the $30 million.

But it was a combination of a few things. Like one is we're a tech company and we need to tech enable this. And then 2 is, if we have the expertise in place, then $30 million could just be the start. And then we've proven that we're doing it. So we've already gotten most of it out for the year, and you'll see that for the full year, hitting that goal of the $30 million.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. So along with that, I think, into the back half, there's an expectation of just an inflection in kind of EBITDA. What does this mean? It sounds like you can continue some of this into next year, continue to get more efficient. But, on a longer-term basis, what's a reasonable target for margins for Sharecare?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. So you'll see a tripling of margin from second quarter this year to Q3, so you're going to see a really nice jump here from Q2 to Q3. We're going to do 3x. And we think over the next 3 years, we're -- 20% margins is what our goals are. But you'll see this jumping up to 8%, 9% from Q2 to Q3 to 8% to 9%.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. Excellent. Maybe just circling back from it, we spend a lot of time in the Enterprise just to provide our piece. Would you feel like those under radar a little bit, like you said, a record quarter. Can you just talk about the underlying health of that business? And also what's a reasonable long-term growth profile and provider?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Yes. Well, first, we have amazing leadership in our provider team. They are humming. They had a record Q1. They had a record Q2. We'll hit our KPI, which was double-digit growth of $6.5 million this year. We have 8,000 clients that we have contracts with, that we, on their behalf, extract 6.5 million medical records, that we're starting to leverage that data infrastructure into risk adjustment and revenue cycle management, so we have new products coming.

And so we expect that unit to continue to do double-digit growth. But what we've done in the profitability of that division in the last year, it's been pretty remarkable, $10-plus million alone this year and EBITDA growth within provider. And again, it's outside of just the core business, which is continuing to grow that like we have every year for the last 6, 7, 8 years, it's the cross-selling.

And the cross-selling really does go both ways. There is tons of growth and based on what the government needs with their risk segmentation and stratification to use our services. And that's why we're seeing such powerful growth within the health plans.

And then another one that just gets me so excited again is like we're handling something that's mission-critical for these hospitals. And like if you call your hospital and you need your medical record, and it's a real pain point. When they do it themselves, it sometimes like takes up to 21 days. We're fulfilling these requests like in 48 hours with like 99.9% accuracy. So we're providing this very important service that's extremely important to the patient satisfaction. And as we build that trust with them as their client, we've been doing this for years with many, now we're able to come in and say, "Hey, this isn't only thing that Sharecare does," like for your employees, which I know you want to take care of those who take care of us, your nurses and your doctors and others, that's another piece of our core business, and we can help you there. And so we're starting to see that.

And then lastly, where does it all go is like it's moving to value-based care. And as it moves to value-based care, our ability to collect data to improve clinical quality and outcomes and our ability to have a platform to service overall well-being. I think those hand in glove to then taking our platform for BBC with health systems outside their 4 walls.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. All right. So as we wrap here coming up on time, I do want to touch briefly on Life Sciences. You mentioned kind of holding your ground in a tough market, right? We've seen a lot of headwinds to pharma spend from various different companies. You also mentioned GLP-1 with a lot of excitement buzz. I would think that's 1 category. But that and anything else, like when you look out on the horizon, what are some even new categories or launches that you're excited about from a growth perspective?

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. I'd tell you the GLP-1 thing is amazing. We've learned so much everything from is [ this a vanity ] drug? Or is this a miracle drug? And how do you make it not a forever drug. And so we're doing all this work to understand what are the best practices for who is eligible? What are the right drug choices for that individual? How do you source those drugs? And there's from the manufacturers to the PBMs to others. How do you use our advocacy infrastructure to advocate on behalf of the person who needs the drug? And then how do you bring them into a behavior change program.

And we have a program called Eat Right Now amazing clinical studies. It curves cravings by 40% that gives the behavior change program to go with the drug, so it doesn't potentially become a forever drug. And we work with pharma. I mean we have 80 clients. We do tens of millions of dollars. That's really important because when you start to deploy education on how does the mind deal with cravings and how does the gut suppress appetite and there needs to be education that goes with that. And the big education is going to come from is it's not just the weight loss, it's the cardiovascular risk reduction.

And so we're going to be able to educate people on behalf of pharma on how all that works, everything I just said, best practices is on criteria, what's the right drug? What's the behavior change program? Who advocates on behalf of the individual? And then ultimately, how is this working with -- how is the biology working here. And we see that as an amazing growth opportunity for Life Sciences, and we see that as an amazing growth opportunity for our Enterprise clients. because the demand is going to be enormous.

**Craig Matthew Hettenbach**
*Morgan Stanley, Research Division*

Got it. Okay. I think we'll end at that note. So Jeff, thanks so much for your time today and a thorough review of the business.

**Jeffrey T. Arnold**
*Founder, Chairman & CEO*
Yes. Thank you, Craig. Appreciate it.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.