**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| VICTOR BUQUERAS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SHARECARE, INC., JEFFREY T. ARNOLD, and JUSTIN FERRERO,<br><br>    Defendants. | CASE No.  1:24-cv-02769-LMM<br><br>**CLASS ACTION** |

**DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE**
**AMENDED COMPLAINT**

I, Jonathan Horne, declare:

1.    I am a partner at The Rosen Law Firm, P.A., lead counsel to Lead Plaintiff Victor Buqueras and Named Plaintiff John Dehmer ("Plaintiffs"). I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint, dated January 16, 2025 and filed herewith. I make this declaration solely to transmit documents to the Court.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1: A timeline of events related to Sharecare, Inc.'s relationship with Carelon.

Exhibit 2: Press release titled Sharecare enters into definitive agreement to be acquired by Altaris, published on June 21, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2025

/s/ Jonathan Horne
Jonathan Horne

## CERTIFICATE OF SERVICE

On January 16, 2025, I electronically filed the following **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 16, 2025.

> _/s/ Michael Fistel, Jr._
> Michael Fistel, Jr.