# EXHIBIT 1



**November 9, 2023**
Q3 2023 Earnings Call

"Everything is kind of tracking on expectations. It's kind of the same story as the last question I answered is that **we've got current clients with Carelon** that we're executing against, which we believe become great references for us and the results have been really good. **We have lots of opportunities within Carelon that we're pursuing** across both our Enterprise segment and our Provider segment. And things are staying the course... But yes, I would say **it's business as usual.**"
Q3 2023 10-Q

"The Company evaluated subsequent events through, November 9, 2023, the date on which the consolidated financial statements were available to be issued, noting no such material events."

**September 9, 2023**
Investor Conference

"[T]here haven't been surprises. It's like what we thought was happening – would happen is happening. That we're implementing to our signed contracts."

Sharecare+ is "a $50 million business... Like we weren't in this business a year ago, and we're already at $50 million in revenue."

**August 9, 2023**
Q2 2023 Earnings Call.
"[S]elling through our partners like Carelon is meeting expectations."

**March 29, 2023**
Q4 2022 Earnings Call.
"We provide AI services to Anthem, and that's going well."

February    March    April    May    June    July    August    September    October    November    December

**Late March 2023**
Anthem and Sharecare both stop making payments pursuant to the Carelon Agreement. Accounts receivable and accounts payable increase by more than amounts billed.

**Late June 2023**
Anthem formally cancels the DocAI Agreement and stops making payments.

**October 2023**
Sharecare stops providing services pursuant to the Carelon Agreement.